# Exhibit "2"

Exhibit 2 to Complaint, Page 1 of 14

## DECLARATION OF  Jane Doe 2

I, Jane Doe 2, declare under criminal penalty under the law of Utah that the foregoing is true and correct:

1. I am over the age of eighteen and competent to testify to the statements herein.

2. Though I was too young to remember much of the abuse, from my conversations with my mother, my sisters, and my therapist, I believe that from 1982 to 1985, from when I was a newborn to when I was 3 years old, my siblings and I were sexually assaulted on numerous occasions by my father Perpetrator, our family friends from our Mormon ward, Doe 1, Male Def. and Doe 2, Female Def., my paternal grandmother, LS, our teenage babysitter from our ward, CW, as well as numerous other individuals. I remember thinking that my dad and D1D & D2D were "icky" and wicked for the things they did to me. I also remember all of the stress it caused my family.

3. I understand that I was objectified and sexually assaulted during "touching parties" by the adults mentioned above. I have a recollection of being told to kiss and lick the adults present, as well as some of the other kids in inappropriate places. I was told to lick the penises of the adult men. I remember that there were always multiple people present, and that this happened on numerous occasions. I also remember that they placed candy in my bottom and touched my bottom. I recall them placing candy on other kids and being told to lick the candy off.

4. I specifically remember hiding under the tree at Christmas one year in order to get away from my dad and his "marriage lessons."

5. From my conversations with my mother and my sisters, I recall that I told my mother that D1D & D2D threatened to run her over with D1D's truck if I told anyone what went on at the touching parties.

Exhibit 2 to Complaint, Page 2 of 14

6. Attached hereto as Exhibit A are selected pages from my journal (written by my mother from what I was telling her) that describe my feelings after the sexual assaults.

Signed on the 21 day of August, 2018, at Redwood City (city or county), CA (state).

Jane Doe 2

Signature

Exhibit 2 to Complaint, Page 3 of 14

# Exhibit "A"
## to Declaration of
## Jane Doe 2

Exhibit 2 to Complaint, Page 4 of 14



Ummm. Mmmm. I love you Mommy. I love you K_____. You aren't letting me have a cookie. I can have a cookie Mommy.

March 9, 1986
We went to Hawaii. And we went to the ocean at Hawaii. And it was so fun that we almost laughed off our head.
And we love the good people but not the bad people. I love you dear good people. Bad. Bad people D1D, D2D, CW, _____ Tinkle face and Mustard Mouth. That's all I want to say. Because Daddy is trying to change.

March 16, 1986
Jane Doe 5 is not going to dry her hair. I love you Mommy. I wish that I had a cat my berry own. It's boring looking at houses.

March 23, 1986
I don't know if Daddy is going to get ready to change or not. Cherry red & Cherry Blue hat a Dad & a Mother & a third came in & they searched their little bodies of their little kids. So Grandma called up & said can I have your kids & they said no you can't hurt them anymore & they said why? And they said that the ucky people who touched our body were good. And I said were good & you're bad.

March 30, 1986
It takes so long for Dads to get out of hospitals.
I've got the silly pick. I've got the

Exhibit 2 to Complaint, Page 5 of 14



silly [John Doe 1] Easter was fun. I'm glad we had Easter because I got too much Easter candy. We got too much presents! And we got a puppy.

April 6, 1986
We went swimming. We had a birthday cake for Boppa and Belle. We're still in our [D1D]. I wouldn't want to say anything about icky Diane. Or Daddy because he is one of the wicked people.

April 13, 1986
I love you Mommy. I'm glad Belle + Boppa got a new car. I love you from Belle + Boppa to Mommy. Happy we're going to move.

April 20, 1986
I love you Mommy We don't know when Daddy is going to be better and come home. We play at Nursey School. We eat at Nursery School.

April 27, 1986
I love you from Mama to Dada. We do have a puppy but it used to be sick. My new house is not built yet. We know what all of the ants names are. I went to Nursey School at Primary.

May 17, 1986

Exhibit 2 to Complaint, Page 6 of 14

anything.
The time we went on swimming me + A bryon were silly. We kept getting out of the big pool and climbing in the hot tub.
I remember Daddy. Wicked people. Just Daddy.

Aug. 17, 1986
I bring happiness to my family when I do my work and get dressed! I'm going to say that in my program in Sunbeams. I had fun at my Sunbeam party. It was crazy. Jane Doe 1 + Jane Doe 5 picked me up before I even had my treat.
It was fun at raging waters. I just went in the little waves. At the ocean I got more used to the waves because I went there more than once. I went down the slides.
We want the yucky people to be burned up. D1D already got burned up and so did D2D. Daddy doesn't have to be. He's repenting. We talk to this to Mommy, Bella, Niki, Wendy, & Whitehead. Dr. Whitehead is very nice.

Aug. 24, 1986
One day there lived a mother and a grandmother. That grandmother was very lovable and she took Jane Doe 1 and Jane Doe 5 to camp and she missed us so much that we made her something and she loves us so much that she hugged us.
And it was very fun. We all were excited about starting new schools but we had to watch plays and videos and we made it so we should have just one sweet a day.
Me and Holy Ghost and prophecy and Jesus Christ.

Exhibit 2 to Complaint, Page 7 of 14



Aug. 30, 1986

The lady was mean on the boats and didn't even let a 3 year old on. And so we went on Puff the Dragon. I hate the lady that was on the boats. This is an S [Jane Doe 5]. I loved it so much on all of the rides. The Alapine slide was fun. [Jane Doe 1] + [Jane Doe 5] were such a dodo. They wanted to be in front of us. I love you with all my heart but I hate Diane, [D1D], [D2D], [D1D], and one other person. And every person who is wicked in the world.

I'm earning lots of stickers at Dr. Whitehead.

Exhibit 2 to Complaint, Page 8 of 14



my favorite but my favorite was when they swu
on their trapeze.

Oct. 5, 1986

Today is my birthday! Today is really my birthday month. I like Rags. I'm going to be a witch for Halloween. I love Mommy. We made shakers at Nursery School. I have lots of friends; Brittany, Emme, Rachel, Mandy, Mikki, Rags!

Oct. 12, 1986
I love you. De De Doo. I love you. My birthday is coming in 3 days! My birthday is coming soon! I'm so excited! Happy birthday to you. I love you with all my heart for my blessings. I love Mommy. I love Jane Doe 2 + Jane Doe 5. I don't know where they are. I've gone to the Cinderella park. I went to the zoo with Mommy + John Doe 1. It was kind of boring for me but John Doe 1 found this car and he wanted to be the driver + I sat in back. I hate antique show. It was so boring I couldn't even stand. And I thought it was going to be fun. Dr. Whitehead gives me candy + he lets me play songs all alone. I like it. I like Daddy. I got mad at him when he touched me

Exhibit 2 to Complaint, Page 9 of 14



me. I didn't believe about it. I didn't believe about it when he touched me. He hurt me some. He kind of locked us in the bedroom so the wicked people wouldn't touch us. But then the wicked people unlocked it & touched us. But I'm not still mad cause he's been so gone for a long time. I can't even remember him. I can remember Diane, CW, D1D, and D2D. They touched me. They hurt me some. I'm still mad at them.

Oct. 18, 1986

I liked my birthday! I liked the clown. The clown came and I hadn't even invited him! but I was happy she came. I got a purse, a puzzle that Emmy wants to do her own self and not let me do, markers, necklace, a chart, a backpack which Jane Doe 5 has been telling stupid things. I got a sandbox from Mommy, I got a chalkboard, I got a whale from Jane Doe 1 and clay from John Doe 1.
Boppa and Belle gave me hats and a magic picture and T-shirt paint.

Oct. 25, 1986
I like Daddy. And it's fun to play the Daddy song. It's fun to play with Daddy but Daddy's gone. I like playing on the computer and I used to not know.

Exhibit 2 to Complaint, Page 10 of 14



I think about Daddy about being bad to me. Touching my private in wicked ways. They kissed me on my eyes my nose my mouth my bottom my leg. I think about that that they are really diahreha.
I only have to take half a pill because some of my energy has gone away because some of my energy has been tooken away. Because I take my pills good. If I feel happier inside some of my energy gets tooken away.

Exhibit 2 to Complaint, Page 11 of 14



Jan 11, 1987

When Daddy gets better we're going to let him come and visit us kind of. And it's fun when Daddy comes and visits us. Cause we haven't sawn him for a long time. Of course I miss Daddy. No one wants to be icky here but in P.U. Bountiful there's a whole bunch of them. That's why I call it P.U. Daddy loves me a whole bunch. He does some kind of wicked stuff. I remember, it hasn't been so long. It doesn't make me feel very bad at all cause most of the feelings have gone out. But I still remember. I just think "now I sa here"...

Jan 18, 1987

If Daddy gets better he might visit us if we want him to. We only live with our Mom now cause our Dad is to sick to live with us.

I love Hero Day! It was fun. We had a whole bunch of cake and we cut and D.I.D. and put seeds in him and pulled the cotton out ~~back~~ of him. It was very fun on Hero Day cause we went swimming in a warm warm pool and the deep was cold and John Doe went in the deep and Boppa went with us. It was so fun that we couldn't hear you until you shouted & then we got out. And John Doe was about to run right back in!

Mommy gave me my beautiful trunk and my name and everything else except the video. On Hero day it's just like Christmas only you don't get anything big like a rocking chair. Cause it's close to the day we told.

We forgotten most of the winted things cause we go to Dr. Whitehead. I only have a little bit of those feelings inside.

Jan 26/87.
Let me see here, ok I got it. ~~I got a rocking chair~~
I got poand puppies from christmaon

Exhibit 2 to Complaint, Page 12 of 14



cousin. I was crying and come down the steps to Mommy. The rest of the time I had fun at Tresses of a Daystar.

I only have a few more nights to sleep in my room. I'm earning a two wheeler scooter.

I like Tresses. Belle + Boppa came to see me. And Erica + Gary.

I used to have a funny feeling in my tummy bumny. And I love my mom. That's you Mother 1. And I love Belle + Boppa. And Everyone. I hate the icky people. Perpetrator. Just Perpetrator did bad yucky stuff.

I go to Dinosaur class. That's all.

13 March

It's snowing, and I can ride my scooter over the rocks with one foot on and snow. I can.

I love my Mom. Yeah yeah yeah. My mom had her hair brown and then she got it red + then she got it brown. I did these tricky steps on the snow. I did one foot and the other foot and then I did two feet.

I went out to eat with Rick. At McDonalds. Sometimes I don't like John Doe 1 at all. I love Jane Doe 1 and Jane Doe 5. I love to have a turn with the birds. Rick is 41. I'm going to earn a bubble gum machine. I got a two wheeler scooter!

I like the little swim pool. I do not like the big waves. I am earning a bubble gum machine without hitting my little brother John Doe 1. I like you Mommy. I like my big sisters. I like John Doe 1 sometimes. I ate 3 pears. I did a dance about a baby. It's called "My Mommy comes back." We're learning about dinosaurs. We got a sandbox and I made my handprint. Belle and Boppa are moving. That's all I want to say.

Exhibit 2 to Complaint, Page 13 of 14



*[Handwritten journal entry, 1988]*

I'm going to go to Lagoon maybe. We went swimming yesterday. I don't want to watch those slides because they make me feel mad about [Perpetrator]. Because he did those bad things to us. It makes me sorta scared to feel mad. I don't want to feel mad because then you get mad at me. Those slides would make me miss him. I miss about it because I miss when he was being nice with us. He would wrestle. That was fun. He would give us bike rides on his bike. When he would play with us I sorta miss he loved us. I loved him. Sometimes I still sorta love him. That makes me feel sorta good. I'm a little scared to love him. I'm sorta sad to love him. I don't know why, I just am. I don't want to see him again sometime. I wouldn't be happy. I'd be scared. He might do something to me.

June 18, 1988

Rags came back and I am very glad. We have to put her in a kennel unless she's outside or we're working with her. Today was Fathers Day and I gave him a Daddy and a baseball bear and a card. School is out. I feel sort of good because you have more time to play in the day. [Perp.] is getting married. I feel sorry for the children and the Mom. Because if they don't tell they'll still have bad feelings inside them when they grow up.