# Exhibit "3"

Exhibit 3 to Complaint, page 1 of 2

## DECLARATION OF John Doe 1

I, John Doe 1, declare under criminal penalty under the law of Utah that the foregoing is true and correct:

1. I am over the age of eighteen and competent to testify to the statements herein.

2. I was too young to remember any of the abuse, and don't have any independent recollection of the events that my sisters have detailed, but I do remember how much turmoil these events caused our family.

3. Throughout my life, I have grown up with significant problems such as body shame, chronic depression, and have felt isolated and uncomfortable in my own skin. I have also had intermittent substance abuse issues.

4. As a child, I had vivid recurrent nightmares of people touching me. In these nightmares, I would wake up to discover that my pajama bottoms had been taken off, and that the people had taken my blanket. They would then touch my penis and laugh at me.

5. It was only in the last few months or so that I discovered that I was videotaped and abused as a baby. It was not until my mother met with an attorney that she revealed to me the full names and identities of my abusers, and that they had videotaped my abuse. Prior to that, I had heard my mom and sisters mention " D1D & D2D " and how awful they were, but I had no idea who those people were. After hearing their last names, I typed them in on google and discovered my grandmother's stories, and the full extent of the abuse I had suffered.

Signed on the **24** day of August, 2018, at **Salt Lake City** (city or county), **Utah** (state).

John Doe 1

Signature

Exhibit 3 to Complaint, page 2 of 2