# Exhibit "5"

Exhibit 5 to Complaint, page 1 of 3

## DECLARATION OF PAUL L. WHITEHEAD, M.D.

I, PAUL L. WHITEHEAD, M.D., do declare under criminal penalty under the law of the State of Utah that the following is true and correct:

1. That I am over the age of 18 years and competent to testify to the statements made herein.

2. I am a medical doctor, specializing in psychiatry and neurology-psychiatry. I have been practicing since 1967. I retired from the practice of medicine in _approximately 2011_. I was board certified in general psychiatry and child and adolescent psychiatry.

3. I treated the children of Mother 1 for trauma each of them suffered from being sexually abused and assaulted in a group setting by numerous adults including Perpetrator, D1D and D2D. PLW

4. I started treating Jane Doe 1 on a regular basis a few months after the horrific sexual abuse ended. Jane Doe 1 was 8 years old when her treatment started. Treatment continued until she was approximately 18 years old.

5. Like Jane Doe 1, I started treated Jane Doe 5 a few months after the sexual abuse ended. Jane Doe 5 was 6 years old when treatment began, and I treated her until she was approximately 13 years old.

6. I started treating Jane Doe 2 when she was 3 years old and treated her until she was approximately 16 years old.

Exhibit 5 to Complaint, page 2 of 3

7. I started treating **John Doe 1** when he was 3 years old and treated him until he was approximately 18 years old.

8. All the ▮▮▮▮ children were badly damaged as a result of the horrific sexual abuse. Each required prolonged and extensive treatment.

9. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Signed on the 12th day of September, 2018, at Holladay, Utah.

*Paul L. Whitehead MD*
PAUL L. WHITEHEAD, M.D.

Exhibit 5 to Complaint, page 3 of 3